No. 63052.—Wm. A. Hausman Co. et al. *v.* United States, protests 192632-K, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiffs was sustained.

No. 63053.—F. W. Myers & Co., Inc., et al. *v.* United States, protests 192669-K, etc. (Ogdensburg).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiffs was sustained.

No. 63054.—C. J. Tower & Sons *v.* United States, protests 218646–K, etc. (Buffalo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

No. 63055.—A. N. Deringer, Inc. *v.* United States, protests 248257–K, 248258–K, and 255996–K (Ogdensburg).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.